

SEALED

**FILED**

AUG 0 5 2024

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2 4 CR - 2 5 3 SEH |
| Plaintiff, | **FILED UNDER SEAL** |
| v. | **INDICTMENT**<br>[COUNT ONE: 18 U.S.C.<br>§§ 2252(a)(4)(B) and 2252(b)(2) –<br>Possession of Child Pornography; |
| GARY SYD GOLDBERG, | COUNT TWO: 18 U.S.C.<br>§§ 922(g)(1) and 924(a)(8) – Felon in |
| Defendant. | Possession of a Firearm;<br>Forfeiture Allegation: 18 U.S.C.<br>§§ 924(d)(1) and 2253, and 28<br>U.S.C. § 2461(c) – Child<br>Exploitation and Firearms<br>Forfeiture] |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### [18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2)]

From on or about October 12, 2023, to on or about February 26, 2024, in the Northern District of Oklahoma, the defendant, **GARY SYD GOLDBERG**, knowingly possessed any visual depiction that had been shipped and transported using any means or facility of interstate and foreign commerce, including by computer, the production of that visual depiction involved the use of a minor engaging in sexually explicit conduct, and that visual depiction was of such conduct. The visual depiction involved at least one minor who had not attained 12 years of age engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(4)(A) and 2252(b)(2).

## COUNT TWO
### [18 U.S.C. §§ 922(g)(1) and 924(a)(8)]

On or about February 26, 2024, in the Northern District of Oklahoma, the

defendant, **GARY SYD GOLDBERG**, knowing he had previously been convicted

of the following crime punishable by imprisonment for a term exceeding one year:

> Receipt of Child Pornography Through the Mails, Case No. 00-CR-117, in the
> United States District Court for the Northern District of Oklahoma, on March 1,
> 2001,

knowingly possessed in and affecting interstate and foreign commerce a Smith &

Wesson, Model 15-1, .38 caliber revolver, serial number K451652.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

3

## FORFEITURE ALLEGATION
### [18 U.S.C. §§ 924(d)(1) and 2253, and 28 U.S.C. § 2461(c)]

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), Title 18, United States Code, Section 2253, and Title 28, United States Code, Section 2461(c).

Upon conviction of the offenses alleged in this Indictment, as a part of his sentence, the defendant, **GARY SYD GOLDBERG**, shall forfeit to the United States any property constituting, or derived from, or traceable to, the proceeds obtained, directly or indirectly, as a result of such violations, any firearm involved in or used in the knowing commission of such offenses, and any property, real or personal, that was used or intended to be used to commit or to facilitate the violations of federal law. The property to be forfeited includes, but is not limited to:

**FIREARM AND AMMUNITION**

1. A Smith & Wesson, Model 15-1, .38 caliber revolver, serial number K451652

**ELECTRONICS**

1. A silver HP Laptop with charging cable (Pin# 1884), serial number CND2230MCB;

2. An iPhone in a Yankees phone case, IMEI 358891167660885;

3. A Samsung Tablet, serial number R83WB0QN6DV;

6. An HP Laptop, serial number BCALN106C9F1W0QDCJ;

7. Four (4) USB Drives; and

4

8.     An Apple iPad, IMEI 99000412558168.

All pursuant to Title 18, United States Code, Sections 924(d)(1) and 2253, and

Title 28, United States Code, Section 2461(c).


CLINTON J. JOHNSON                                    A TRUE BILL
United States Attorney


_____                      /s/ Grand Jury Foreperson
MALLORY RICHARD                                       Grand Jury Foreperson
Assistant United States Attorney


5