

**FILED**

JAN 21 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 24-CR-253-SEH |
| Plaintiff, | **SUPERSEDING INDICTMENT** |
| | [18 U.S.C. §§ 2252(a)(4)(B) and |
| v. | 2252(b)(2) – Possession of Child |
| | Pornography; |
| GARY SYD GOLDBERG, | Forfeiture Allegation: 18 U.S.C. |
| | § 2253 and 28 U.S.C. § 2461(c) – |
| Defendant. | Child Exploitation Forfeiture] |

**THE GRAND JURY CHARGES:**

From on or about October 12, 2023, to on or about February 26, 2024, in the Northern District of Oklahoma, the defendant, **GARY SYD GOLDBERG**, knowingly possessed and accessed with intent to view any visual depiction that had been shipped and transported using any means or facility of interstate and foreign commerce, including by computer, the production of that visual depiction involved the use of a minor engaging in sexually explicit conduct, and that visual depiction was of such conduct. The visual depiction involved at least one minor who had not attained 12 years of age engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(4)(A), and 2252(b)(2).

## FORFEITURE ALLEGATION
### [18 U.S.C. § 2253 and 28 U.S.C. § 2461(c)]

The allegation contained in this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253, and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense alleged in this Superseding Indictment, as a part of his sentence, the defendant, **GARY SYD GOLDBERG**, shall forfeit to the United States any property constituting, or derived from, or traceable to, the proceeds obtained, directly or indirectly, as a result of such violation, and any property, real or personal, that was used or intended to be used to commit or to facilitate the violations of federal law. The property to be forfeited includes, but is not limited to:

### ELECTRONICS

1. A silver HP Laptop with charging cable (Pin# 1884), serial number CND2230MCB;

2. An iPhone in a Yankees phone case, IMEI 358891167660885;

3. A Samsung Tablet, serial number R83WB0QN6DV;

6. An HP Laptop, serial number BCALN106C9F1W0QDCJ;

7. Four (4) USB Drives; and

8. An Apple iPad, IMEI 99000412558168.

All pursuant to Title 18, United States Code, Section 2253, and Title 28, United States Code, Section 2461(c).

CLINTON J. JOHNSON                                  A TRUE BILL
United States Attorney


_____                    _/s/ Grand Jury Foreperson_
MALLORY RICHARD                                    Grand Jury Foreperson
Assistant United States Attorney

3